**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**
MEMORANDUM ORDER



Appellate case name:  Michael M. Euler v. Miles Marks and Texas Dow Employees Federal Credit Union

Appellate case number:  01-13-00085-CV

Trial court case number:  110606132cv

Trial court:  9th District Court of Montgomery County

On February 21, 2013, the Clerk of this Court sent an affidavit of indigence that had been mistakenly filed in the court of appeals to the trial court clerk, with instructions to the trial court clerk to notify this Court if no contest was filed to the affidavit after it was received by the trial court clerk. *See* TEX. R. APP. P. 20.1(d)(2). The trial court clerk has notified this Court that no contest was filed. Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed in this appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

The District Clerk has filed with this Court a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a).

It is **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record, or a notification that no record was taken in this case. *See* TEX. R. APP. P. 20.1(i)(4).

Appellant's brief is **ORDERED** filed with this Court within 30 days of the date the complete record is filed in this Court. Appellee's brief must be filed within 30 days of the date appellant's brief is filed.

Appellant's motion to extend time to file the record is dismissed as moot.

It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
☑ Acting individually   ☐ Acting for the Court

Date: April 8, 2013